## UNITED STATES of America, Plaintiff—Appellee,

v.

## Hector LARIOS–VARGAS, a/k/a Hector Mendiola, Jr., Defendant— Appellant.

### No. 04–30023.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

James P. Hagarty, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Nicholas W. Marchi, Esq., Carney & Marchi, P.S., Seattle, WA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

## MEMORANDUM **

Hector Larios–Vargas appeals his 57–month sentence following his guilty plea

conviction to being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand the sentence.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Hermoso–Garcia*, 413 F.3d 1085, 1089–90 (9th Cir. 2005).

SENTENCE REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the